**The HERTZ CORPORATION, Plaintiff–Appellant,**

v.

**The CITY OF NEW YORK, O. Peter Sherwood, in his official capacity as Corporation Counsel of the City of New York, and Mark Green, in his official capacity as Commissioner of Consumer Affairs of the City of New York, Defendants–Appellees.**

**Docket No. 92–7369.**

United States Court of Appeals, Second Circuit.

June 10, 1992.

Present: FEINBERG, PRATT, McLAUGHLIN, Circuit Judge.

This cause came on to be heard on the transcript of record from the United States District Court for the Southern District of New York, and was argued by counsel.

On consideration of the briefs, appendix, record and the oral argument in this appeal, it is hereby ORDERED that the Clerk of the Court transmit to the Clerk of the New York Court of Appeals a Certificate in the form attached, together with a complete set of the briefs, appendix, and record filed by the parties with this Court.